# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

OCTAVIO DE LEON,

    Petitioner,

v.

ALEJANDRO MAYORKAS, et al.,

    Respondents.

Case No.: 2:23-cv-02073-GMN-VCF

**Order Directing Service of Petition and Response**

Octavio De Leon has filed a 28 U.S.C. § 2241 petition for writ of habeas corpus seeking release from custody "on his own recognizance or under parole, a low bond or reasonable conditions of supervision." ECF No. 1 at 8. The court has conducted a preliminary review of the petition and will direct that it be served on respondents.

IT IS THEREFORE ORDERED that the Clerk of Court **SERVE** copies of the petition (ECF No. 1-1) and this order upon respondents as follows:

1. By electronically through CM/ECF serving a copy of the petition and this order on the United States Attorney for the District of Nevada pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

2. By sending a copy of the petition and this order by mail to (1) the Honorable Alejandro Mayorkas, Secretary of the U.S. Department of Homeland Security, Washington, DC 20528; (2) the Honorable Merrick B. Garland, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530; (3) Bryan Wilcox, Field Office Director, 2975 Decker Lake Drive, West Valley City, UT 84119-6096 pursuant to Rule 5(b)(2)(C) of the Federal Rules of Civil

Procedure; and (4) Warden, Henderson Detention Center, 18 E. Basic Rd., Henderson, NV 89015.

IT IS FURTHER ORDERED that respondents file and serve their response to the petition within **21 days** of the date of this order, unless for good cause additional time is allowed. Petitioner has **14 days** from the date the response is served to file a reply.

IT IS FURTHER ORDERED that all exhibits filed by respondents and petitioner must be filed with a separate index of exhibits identifying the exhibits by number or letter. The CM/ECF attachments that are filed further shall be identified by the number or letter of the exhibit in the attachment. Each exhibit must be filed as a separate attachment. A hard copy (courtesy copy) of all pleadings and indices of exhibits only must be sent to Attn: Staff Attorney, in care of the Office of the Clerk of Court, United States District Court, 400 South Virginia St., Reno, NV 89501.

Dated this 19 day of December, 2023.

_____
U.S. District Judge Gloria M. Navarro